United States District Court
Southern District of Texas

**ENTERED**

May 13, 2026

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| LEE ARTHUR HICKMAN, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-03705 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MID-WEST ELECTRIC | § | |
| COMPANY, | § | |
| Defendant. | § | |

### ORDER ADOPTING
### MEMORANDUM AND RECOMMENDATION

Plaintiff Lee Arthur Hickman proceeds here *pro se*. In his amended complaint, he sues Defendant Mid-West Electric Company for racial discrimination under 42 USC §1981. Dkt 27 at 2–3. Construed liberally, the amended complaint also appears to bring a claim under Title VII of the Civil Rights Act of 1964 by reference to the original complaint. See id at 6 (citing Dkt 1). The matter was referred for disposition to Magistrate Judge Richard W. Bennett. Dkt 6.

Pending is a motion by Defendant to dismiss for failure to state a claim. Dkt 30. Also pending is a motion by Plaintiff to compel discovery. Dkt 31. Judge Bennett entered a Memorandum and Recommendation recommending that the motion to dismiss be granted, the §1981 claim be dismissed with prejudice, the Title VII claim be dismissed without prejudice, and the motion to compel discovery be denied as moot. Dkt 33 at 11.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir

1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 33.

The motion by Defendant Mid-West Electric Company to dismiss is GRANTED. Dkt 30.

The claim by Plaintiff Lee Arthur Hickman under 42 USC §1981 is DISMISSED WITH PREJUDICE.

The claim by Plaintiff under Title VII of the Civil Rights Act of 1964 is DISMISSED WITHOUT PREJUDICE.

The motion by Plaintiff to compel discovery is DENIED AS MOOT. Dkt 31.

A final judgment will enter separately.

SO ORDERED.

Signed on ___May 12, 2026___, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge

2